LAURA M. LEVI, Appellant, v. EDWARD LEVI, Respondent.— Order affirmed, with leave to the plaintiff to reply within twenty days from service of order. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS LESHIN and HARRY GINSBURG, Respondents, v. CHARLES IMMIG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN TKACZUK, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM F. DEEGAN, Respondent, v. NATHAN BENSKY and WILLIAM A. BLANK, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES SCHATZ, Appellant, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FRANK M. WELLS, Appellant, v. CHARLIE EWELL, Individually and as Assignee, etc., and Another, Defendants, Impleaded with LOIS EWELL HENDERSON, Also Known as LOIS EWELL, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

A. L. STADTHERR, Appellant, v. ELIZABETH C. STELLWAGEN GOULD, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MANVER REALTY CORPORATION, Respondent, v. MARCUS BROWN CONSTRUCTION Co., INC., and MARCUS BROWN, Appellants.— Order modified to the extent of striking out so much of paragraph 2 of the reply as denies the matter contained in the 5th paragraph of the answer, and by striking out also so much of the denials contained in the reply as related to the publication of the proclamation and the reinstatement of the plaintiff, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ERIE RAILROAD COMPANY, Appellant, v. OWEN CONSTRUCTION AND REPAIR COMPANY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.